USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HEARST CORPORATION,

    Plaintiff,

-against-

ACE AMERICAN INSURANCE COMPANY,

    Defendant.

1:24-cv-06890-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Parties are directed to submit a joint status letter today on or before 5:30 PM, Friday January 17, 2025, advising the court on the status of the case and the status, but not the substance of any settlement negotiations, including any disputes that require the Court's attention.

**SO ORDERED.**

Date: January 17, 2025
New York, NY

                                            MARY KAY VYSKOCIL
                                            United States District Judge